Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


# MEMORANDUM OPINION

No. 04-10-00061-CV

**IN THE INTEREST OF J.J.L.**, J.M.L., L.M.E., G.X.E., Jr., and M.A.E.

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-PA-00463
Honorable Charles E. Montemayor, Judge Presiding

Opinion by:     Sandee Bryan Marion, Justice

Sitting:     Catherine Stone, Chief Justice
     Sandee Bryan Marion, Justice
     Marialyn Barnard, Justice

Delivered and Filed:  February 9, 2011

AFFIRMED

This is an appeal from the trial court's termination of appellant's parental rights.  *See* TEX. FAM. CODE ANN. § 161.001(1)(D), (E), (N), (O), (2) (Vernon 2002).  After the record from the trial on the merits was filed, appellant's court-appointed attorney filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced.  Counsel concludes that the appeal is without merit.  The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at * 4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in appeal from termination of parental rights).  Counsel provided appellant with a copy of the

brief. Appellant was informed of her right to review the record and advised of her right to file a pro se brief. Appellant has not filed a brief.

After reviewing the record, we agree that the appeal is frivolous and without merit. The judgment of the trial court is affirmed. We GRANT counsel's motion to withdraw. *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).


Sandee Bryan Marion, Justice